UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| T-DOC, LLC, | Civil Action No.: 09-5390 (RMB) |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| CLINICAL INNOVATIONS, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE:

Whereas the parties have amicably resolved the issues before the Court prior to any responsive pleading being filed, the plaintiff T-DOC, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby dismisses this action without prejudice.

SHERMAN SILVERSTEIN KOHL
ROSE & PODOLSKY

Dated: October 26, 2009        BY:   */S/ Alan C. Milstein*
                                     Alan C. Milstein, Esquire
                                     Attorney for Plaintiff
                                     4300 Haddonfield Road
                                     Pennsauken, New Jersey  08109
                                     Telephone:  (856) 662-0700
                                     Facsimile:  (856) 488-4744